IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| Angela Wolgamott, | : | Case No: 1:19-cv-3970-JRS-TAB |
| | : | |
| Plaintiff, | : | |
| | : | Judge: James R. Sweeney II |
| v. | : | |
| | : | |
| Midwest Recovery Systems, a Missouri Limited Liability Company | : | CORPORATE DISCLOSURE STATEMENT |
| | : | |
| Defendant. | : | |

Now comes Defendant Midwest Recovery Systems, LLC and provides the following for its Corporate Disclosure Statement.

(a) There is no parent company of defendant.

(b) No publicly held corporations own 10% or more of the defendant's stock.

(c) There are no publicly held corporations or affiliates that have a substantial financial interest in the case.

>Respectfully submitted,
>
>/s/Boyd W. Gentry
>Boyd W. Gentry (OH# 0071057)
>Law Office of Boyd W. Gentry, LLC
>4031 Colonel Glenn Highway, First Floor
>Beavercreek, OH 45431
>Tel. (937) 839-2881
>Fax (800) 839-5843
>bgentry@boydgentrylaw.com
>*Counsel for Midwest Recovery Systems, LLC*

### Certificate of Service

I certify that the foregoing has been served by the Court's CM/ECF service to all counsel of record on October 15, 2019.

>/s/ Boyd W. Gentry
>Boyd W. Gentry (OH# 0710057)

1