# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| Angela Wolgamott, | : | Case No: 1:19-cv-3970-JRS-TAB |
| Plaintiff, | : | |
| | : | Judge: James R. Sweeney II |
| v. | : | |
| Midwest Recovery Systems, a Missouri Limited Liability Company | : | Preliminary Witness and Exhibits List |
| Defendant. | : | |

Now comes Midwest Recovery Systems, LLC ("MRS") and for its preliminary witness and exhibit lists, provides the following:

## Witnesses

1. Plaintiff Angela Wolgamott;

2. Any witness or expert witness named or called by any other party during the pendency of this case;

3. Andrea Goist, Director of Compliance for Midwest Recovery systems, LLC.

## Exhibits

1. Account notes for the subject account;

2. Any documents that support MRS' bona fide error defense;

3. Any documentation produced by any other party to this litigation;

4. Any documentation provided in a party's initial disclosures.

Respectfully submitted,

/s/ Boyd W. Gentry
Boyd W. Gentry (OH# 0071057)
Law Office of Boyd W. Gentry
4031 Colonel Glenn Highway, First Floor

1

Beavercreek, OH 45431
Tel. (937) 839-2881
Fax 800-839-5843
bgentry@boydgentrylaw.com
*Counsel for Midwest Recovery Systems, LLC*

## Certificate of Service

    I hereby certify that a true and accurate copy of the foregoing Preliminary Witness and Exhibits List has been served by the Court's CM/ECF service to all counsel of record on December 16, 2019.

                                        /s/ Boyd W. Gentry
                                        Boyd W. Gentry (OH# 0710057)